USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SUNG CHO, *individually and on behalf of all others similarly situated,* **ET. AL.**,

                                Plaintiffs,

-against-

CITY OF NEW YORK, ET AL.,

                                Defendants.

------------------------------------------------------------ x

1:16-cv-07961 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letter dated February 14, 2020, updating the Court on settlement discussions. ECF No. 97. As per the Parties' request, the Court will hold a status conference on **Tuesday, April 28, 2020 at 10:00 a.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. The Parties shall submit a Joint Status Report to the Court on or before **April 21, 2020.**

**SO ORDERED.**

Dated: February 19, 2020
         New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**