USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SUNG CHO, *individually and on behalf of all others similarly situated,* ET. AL.,

                             Plaintiffs,

             -against-

CITY OF NEW YORK, ET AL.,

                            Defendants.

------------------------------------------------------------ x

1:16-cv-07961 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' letter dated April 21, 2020. Accordingly, the **STAY** in this case is hereby **EXTENDED** until June 23, 2020. The status conference scheduled for April 28, 2020 is hereby **ADJOURNED**. The Parties are **ORDERED** to submit a joint status report on June 23, 2020.

**SO ORDERED.**

Dated: April 23, 2020
       New York, New York

                                            */s/ Andrew L. Carter, Jr.*
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**