**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
| | |
|---|---|
| Sung Cho et al., | |
|                    **Plaintiffs,** | |
| -against- | 1:16-cv-07961-ALC |
| | **ORDER** |
| City of New York et al., | |
|                    **Defendants.** | |

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 2, 2021

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiffs' letter submission dated July 1, 2021. ECF No. 123. The submission, however, does not contain a proposed order of withdrawal for the Court's review. Plaintiffs are hereby ORDERED to submit a proposed order of withdrawal no later than **July 6, 2021**.

**SO ORDERED.**

**Dated:** July 2, 2021
**New York, New York**
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**