**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Sung Cho, et al., | |
| *Plaintiffs*, | |
| v. | |
| City of New York, et al., | |
| *Defendants*. | Civil Action No. 16-cv-7961 (ALC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/6/2021

## ORDER GRANTING WITHDRAWAL OF ATTORNEY

Plaintiffs' counsel having provided a sufficient basis for withdrawal, the letter motion for withdrawal of Milad Emam as counsel for Plaintiffs in the above-captioned action (ECF No. 123) is hereby GRANTED pursuant to Local Civil Rule 1.4. The Clerk of Court is direced to terminate ECF No. 123.

**SO ORDERED.**

**Dated:** July 6, 2021
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**